**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JOHNNY D.L. LUCES,

     Plaintiff,

v.                                                 No. 1:21-cv-00268-KWR-JHR

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

     Defendant.

**<u>FINAL JUDGMENT</u>**

Pursuant to the Order Adopting Proposed Findings and Recommended Disposition Denying Plaintiff's Motion for Remand and Affirming the Commissioner's Disability Decision (**Doc. 39**) entered **March 30, 2023**, the Court enters this Final Order under Fed. R. Civ. P. 58.

Plaintiff's Motion to Remand to Agency (**Doc. 27**) is **DENIED** and the Commissioner's Final Decision is **AFFIRMED.**

     **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**
